DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-744-RJC
(3:05-cr-28-RJC-CH-1)

| | |
|---|---|
| ARCHAVIS BRIANN MOORE, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion following receipt of Petitioner's Response in Support Supplemental Memorandum in Support of Relief under 28 U.S.C. §§ 2255(e) and 2241. (Doc. No. 19). Petitioner is represented by Ann Hester of the Federal Public Defender for the Western District of North Carolina.

**IT IS, HEREBY, ORDERED** that no later than thirty (30) days from the filing of this Order, the United States Attorney shall file a Response to the arguments set forth in Petitioner's Supplemental Memorandum.

Signed: October 26, 2017

Robert J. Conrad, Jr.
United States District Judge

1