DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-744-RJC
(3:05-cr-28-RJC-CH-1)

| | |
|---|---|
| ARCHAVIS BRIANN MOORE,  )<br>  )<br>   Petitioner,  )<br>  )<br>vs.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>   Respondent.  )<br>_____ ) | **ORDER** |

**UPON MOTION** of the Government, (Doc. No. 22), to hold Petitioner's motion to vacate brought under 28 U.S.C. § 2255 in abeyance pending resolution of <u>United States v. Wheeler</u>, Fourth Circuit Case No. 16-6073. Petitioner opposes the motion to stay.

**IT IS HEREBY ORDERED** that the Motion to Stay, (Doc. No. 22), is **GRANTED** for the reasons stated in the Government's memorandum. The Government shall file its response within 45 days of the date the decision in <u>United States v. Wheeler</u>, Fourth Circuit Case No. 16-6073, is issued. Furthermore, Petitioner's pending Motion to Lift Stay, (Doc. No. 18), is **DENIED**.

Signed: January 19, 2018

Robert J. Conrad, Jr.
United States District Judge